I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner ~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 11-28-11

DEPUTY CLERK

JS-6 / ENTERED

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV 28 2011
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV 28 2011
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN SHAW,<br><br>        Petitioner,<br><br>    vs.<br><br>DOMINGO URIBE, JR.,<br>Warden,<br><br>        Respondent. | Case No. CV 11-3816-CJC (JPR)<br><br>**J U D G M E N T** |

    Pursuant to the Order Granting Respondent's Motion to Dismiss, Denying Petitioner's Motions for Leave to File Second Amended Petition and for Stay, Denying First Amended Petition, and Dismissing Action,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: November 23, 2011

                                          CORMAC J. CARNEY
                                          UNITED STATES DISTRICT JUDGE